Amir J. Goldstein, Esq. (SBN 255620)
ajg@consumercounselgroup.com
5455 Wilshire Boulevard, Suite 1812
Los Angeles, CA 90036
Tel  323.937.0400
Fax 866.288.9194

JS-6

OSC discharged

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN UTTER-GRATREAKS and DAWN UTTER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED RECOVERY GROUP and DOES 1 through 10 inclusive, <br><br> Defendants. | CASE NO.:  12-CV-6033-JFW (OPx) <br><br> ORDER OF DISMISSAL |

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients, (the Defendant not having appeared) that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.

/S/ AJG_____
Amir J. Goldstein Esq.
**ATTORNEY FOR PLAINTIFFS**
5455 Wilshire Blvd. Suite 1812
Los Angeles, California 90036
Tel: 323-937-0400
Fax: 866-288-9194


SO ORDERED:   4/18/13

_____
U.S. District Judge John F. Walter

(Proposed) Order of Dismissal